ILENE J. LASHINSKY (#3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (202) 590-8699
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 4:24-mp-00003-BMW |
| CHAPTER 7 FEES AND ) | |
| PRACTICES OF MY ARIZONA ) | **UNITED STATES TRUSTEE'S** |
| LAWYERS, PLLC AND RELATED ) | **OBJECTION TO MOTION TO** |
| FINANCING AGREEMENTS WITH ) | **CONTINUE EVIDENTIARY HEARING** |
| EZLEGALFEES, LLC ) | |
| _____ ) | |

The United States Trustee ("UST"), by and through the undersigned counsel, files this Objection to Motion to Continue Evidentiary Hearing and respectfully shows the following:

**MEMORANDUM OF POINTS AND AUTHORITIES**

An evidentiary hearing is scheduled in this matter for September 11, 2024. Yesterday, just one week before the trial, Candace Kallen ("Kallen") and My Arizona Lawyers, PLLC ("the Firm") filed a motion to continue the September 11th trial date due to their counsel's filing of a motion to withdraw. While the UST does not oppose counsel's withdrawal request, the UST strongly opposes a continuance of the trial. The trial has already been delayed numerous times. Yesterday, the parties filed their Joint

Pretrial Statement, exhibits have been exchanged and submitted to the Court, and the matter is ripe for an evidentiary hearing. Kallen should not be permitted to delay the resolution of this matter any longer.

WHEREFORE the UST requests that the Court deny Kallen's and the Firm's request to continue the September 11, 2024 evidentiary hearing in this matter and order that trial proceed as scheduled.

RESPECTFULLY SUBMITTED this 4th day of September, 2024.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ JAG (NY #2520005)

_____
JENNIFER A. GIAIMO
Trial Attorney

## CERTIFICATE OF SERVICE

This is to certify that on September 4, 2024, a copy of the foregoing pleading was served on the following counsel of record by electronically mailing the same to the following:

Randy Nussbaum: Randy.Nussbaum@SacksTierney.com
James S. Samuelson: James.Samuelson@SacksTierney.com
SACKS TIERNEY P.A.
Attorneys for My Arizona Lawyers, PLLC and Candace Kallen

C.R. Hyde: crhyde@oldpueblobankruptcy.com
THE LAW OFFICES OF C.R. HYDE, PLC
Attorney for EZLegalFees, LLC

/s/ Jennifer A. Giaimo

-2-
Case 4:24-mp-00003-BMW    Doc 80    Filed 09/04/24    Entered 09/04/24 10:41:20    Desc
Main Document    Page 2 of 3

1 _____
JENNIFER A. GIAIMO

-3-
Case 4:24-mp-00003-BMW    Doc 80    Filed 09/04/24    Entered 09/04/24 10:41:20    Desc
Main Document    Page 3 of 3