Candace Kallen 030938
**MY ARIZONA LAWYERS, PLLC**
**dba MY AZ LAWYERS**
1731 W. Baseline Road, Suite 101
Mesa, Arizona 85202-5730
Phone: (480) 833-8000
Fax:    (480) 478-0714
Attorney Email:  candace@myazlawyers.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CHAPTER 7 FEES AND PRACTICES OF MY ARIZONA LAWYERS, PLLC AND RELATED FINANCING AGREEMENTS WITH EZLEGALFEES, LLC | In Proceedings Under<br><br>Chapter 7<br><br>Case No. 4:24-mp-00003-BMW<br><br>**OBJECTION TO MOTION TO WITHDRAW AND MOTION IN SUPPORT OF MOTION TO CONTINUE** |

Comes now Candace Kallen asks that this court deny the Motion to Withdraw and grant the Motion to Continue. Ms. Kallen objects to the withdraw of counsel as doing so cannot be accomplished without material adverse effect on the client in direct violation of ER 1.16(b) as trial is set for September 11, 2024. The withdraw does not leave Ms. Kallen with adequate time to find representation before the hearing.

Counsel has attempted to pressure Ms. Kallen to settle without having all the terms of agreements, made misstatements to the court, harassed her for payment, and then informed her that they will not work on the case after they file their withdraw. Ms. Kallen is left with no legal representation, legal argument or advice for her defense and is unable to go forward with the hearing unrepresented.

Counsel did not put the correct address for Ms. Kallen in their Motion to Withdraw. The address for My Arizona Lawyers PLLC is 1731 W. Baseline Rd., Suite 101, Mesa, AZ 85202.

Ms. Kallen is in substantial compliance with the terms of her financial agreement with the firm and demand for immediate payment unreasonable. Sacks Tierney received $27,000.00 for services and did not provide timely invoices.

Counsel has not fully prepared Ms. Kallen for the hearing. She has not received a copy of the exhibits even after multiple requests to get a copy of the exhibits. They have not advised her of the response necessary for the August 22, 2024 Motion to Disgorge Fees. Counsel provided minimal guidance on exhibits and legal defenses. Ms. Kallen hired legal counsel for legal advise that she has not received.

Ms. Kallen asks for a continuance in order to secure new counsel that will competently represent her in the issues before this court.

WHEREFORE, Ms. Kallen respectfully requests that the Court enter an Order:

A. Denying the Motion to Withdraw;

B. Grant the Motion to Continue for at least 60 days; and

C. For such other relief as the Court deems just and proper.

DATED this 4th day of September, 2024         MY AZ LAWYERS

                                                   */s/* Candace Kallen 030938
                                                   Candace Kallen

# CERTIFICATE OF SERVICE

This is to certify that on September 4, 2024, a copy of the foregoing pleading was served on the following counsel of record by electronically mailing the same to the following:

Randy Nussbaum: Randy.Nussbaum@SacksTierney.com James S. Samuelson: James.Samuelson@SacksTierney.com SACKS TIERNEY P.A. Attorneys for My Arizona Lawyers, PLLC and Candace Kallen

C.R. Hyde: crhyde@oldpueblobankruptcy.com THE LAW OFFICES OF C.R. HYDE, PLC Attorney for EZLegalFees, LLC

Jennifer A. Giaimo: Jennifer.A.Giaimo@usdoj.gov USDOJ, Trial Attorney for US Trustee

*/s/ Candace Kallen*